UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-30004
Summary Calendar

_____


CONSTANCE HEBERT,

> Plaintiff-Appellant

VERSUS

PHARMACIA CORPORATION,

> Defendant-Appellee


_____

Appeal from the United States District Court
For the Western District of Louisiana,
Alexandria Division, No. 01-CV-1496
_____

June 24, 2002


Before JOLLY, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Constance Hebert appeals from the district court's judgment which dismissed her claims pursuant to FRCP 12(b)(6) and denied her leave to amend her complaint pursuant to FRCP 15(a). After considering the record and briefs, we hereby AFFIRM for essentially

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

the same reasons stated by the district court in its well-reasoned November 21, 2001 memorandum ruling.

AFFIRMED.